THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Reginald Andre Wroten, Appellant.
 
 
 

Appeal From Richland County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2009-UP-253
Submitted May 1, 2009  Filed May 28, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Reginald
 Andre Wroten appeals from his guilty plea
 to grand larceny between $1,000 and $5,000, breaking into a motor vehicle,
 shoplifting third offense, and criminal domestic violence second offense.  ,
 unlawful use of a telephone, and resisting arrest.  On appeal, Wroten argues
 his plea did not comply with the mandates of Boykin v. Alabama, 395 U.S
 238 (1969).  After a thorough
 review of the record and counsel's brief, pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.